UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KEITH RUSSELL JUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:10-cv-00382-JAW |
| | ) |
| UNITED STATES ATTORNEY | ) |
| GENERAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION TO ALTER OR AMEND JUDGMENT AND MOTION FOR AMENDED OR ADDITIONAL FINDINGS**

On September 20, 2010, the Magistrate Judge issued a Recommended Decision in which she recommended that Keith Russell Judd's habeas corpus petition be dismissed with prejudice. *Order Granting Mot. to Proceed* In Forma Pauperis *and Recommendation Regarding 28 U.S.C. § 2241 Pet.* (Docket # 3) (*Recommended Decision*). On April 12, 2011, the Court adopted the Report and Recommended Decision and on April 13, 2011, the Court entered Judgment against Keith Russell Judd. *Order Affirming the Recommended Decision and Denying Related Mots.* (Docket # 15); *J.* (Docket # 16) (*Order Affirming*).

On May 2, 2011, Mr. Judd appealed the Judgment to the Court of Appeals for the First Circuit. *Notice of Appeal* (Docket # 17). On May 16, 2011, Mr. Judd filed in this Court a motion to alter or amend Judgment and on May 17, 2011, a motion for amended or additional findings. *Mot. to Alter or Amend J. Pursuant to Fed. R. Civ. P., Rule 59(e)* (Docket # 20) (*Mot. to Alter*); *Mot. for Amended or Additional*

*Findings; Fed. R. Civ. P., Rule 54(b)* (Docket # 23) (*Mot. to Amend.*). On May 31, 2011, Mr. Judd filed a supplemental memorandum in support of the motion to alter. *Supplemental Br. in Support of Mot. for Additional Findings of Fact and Law; and Mot. to Alter or Amend J.; Fed. R. Civ. P., Rule 52(b); Rule 59(e)* (Docket # 25).

In his Motion to Alter, Mr. Judd argues that this Court has jurisdiction under 18 U.S.C. § 2241, that the Fifth Circuit failed to provide notice and an opportunity to respond before it issued sanctions and therefore its Order failed to comply with Federal Rule of Appellate Procedure 38, and that the Government breached a mid-1990s Pretrial Diversion Agreement. *Mot. to Alter* at 1-3. In his Motion to Amend, Mr. Judd moves for additional findings to confirm that "there is no conviction in United States v. Judd, No. MO-98-CR-093 (W.D. Tex.), and there is no original authentic record which would be required to prove a prior felony conviction for Gun Control Act, 18 U.S.C. § 922(g)(1)." *Mot. to Am.* at 1.

As regards the motion to alter, the Magistrate Judge and this Court already addressed Mr. Judd's jurisdictional issue: he cannot bring a § 2241 petition in the District of Maine because 1) he is not "in custody" as to the matter at issue; 2) the doctrine of comity requires that federal courts abstain from considering challenges to future state criminal proceedings pursuant to § 2241 until the petitioner has exhausted available state remedies; and, 3) to the extent any federal court has jurisdiction over Mr. Judd's petition, this District does not. *Recommended Decision; Order Affirming.* Mr. Judd's only new contentions are that he is a registered voter in the state of Maine and that Maine would be "a very good place for Halfway

2

House," and "Plaintiff's release to Maine is imminent." *Mot. to Alter* at 1. None of this changes this analysis.

As regards the remaining issues, if Mr. Judd wishes to contest the legitimacy of the sanctions imposed by the Court of Appeals for the Fifth Circuit, he must make that argument to the Fifth Circuit, not this Court, and if he wishes to contest compliance with a Pretrial Diversion Agreement for a case that was pending in the 1990s in the Western District of Texas, he must make that argument to the United State District Court of the Western District of Texas, not this Court. The same is true of the arguments in his motion to amend against the legitimacy of the state and federal convictions in New Mexico and Texas. Mr. Judd's avenue of relief, if he has one, lies in New Mexico and Texas respectively, not in the District of Maine.

The Court DENIES Keith Russell Judd's Motion to Alter or Amend J. Pursuant to Fed. R. Civ. P., Rule 59(e) (Docket # 20) and his Motion for Amended or Additional Findings, Fed. R. Civ. P., Rule 54(b) (Docket # 23).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2011

3